FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROY NICHOLAS FITZGERALD,　　　）　　Case No. CV 11-2418-CAS (RNB)
　　　　　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　Plaintiff,　　　　）　　ORDER ACCEPTING FINDINGS
　　vs.　　　　　　　　　　　　　　　　　　）　　AND RECOMMENDATION OF
　　　　　　　　　　　　　　　　　　　　　　　）　　UNITED STATES MAGISTRATE
　　　　　　　　　　　　　　　　　　　　　　　）　　JUDGE
MICHAEL J. ASTRUE,　　　　　　　　）
Commissioner of Social Security,　　）
　　　　　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　Defendant.　　　　）
　　　　　　　　　　　　　　　　　　　　　　　）

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

DATED: _____March 8, 2012_____

_____Christina A. Snyder_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE