JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 12 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROY NICHOLAS FITZGERALD,           )   Case No. CV 11-2418-CAS (RNB)
                                   )
              Plaintiff,           )
                                   )
     vs.                           )   **JUDGMENT**
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of Social Security,   )
                                   )
              Defendant.           )
_____)

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: March 8, 2012

                                            Christina A. Snyder
                                            CHRISTINA A. SNYDER
                                            UNITED STATES DISTRICT JUDGE