JS-6 Entered

```
                    FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

        MAR 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY NICHOLAS FITZGERALD, | Case No. CV 11-2418-CAS (RNB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: March 8, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE